App. Div.]  Second Department, January, 1912.

Queens Terminal Company, Respondent, v. James Carl Schmuck and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Edward Rowan, Respondent, v. William H. Sussdorff, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Caroline F. Rupp, an Infant, by Frederick B. Stevenson, Her Guardian ad Litem, Respondent, v. Richard C. Rupp, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Bertha Forrest Schielke, Respondent, v. William Meister, Appellant.— Motion denied on condition that defendant within five days pay to plaintiff four dollars and eighty-four cents and ten dollars costs of this motion; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Tomassina Spila, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for reargument granted, and case set down for Tuesday, January 23, 1912. Present — Jenks, P. J., Hirschberg, Woodward and Rich, JJ.; Burr, J., taking no part.

Frances Stuart, Respondent, v. John Englis, Appellant.— Motion for stay denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Myrtle M. Thompson, Plaintiff, v. The Erie Railroad Company, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Town of Oyster Bay, Respondent, v. Emil J. Stehli, Appellant.— Motion for stay granted, on condition that defendant perfect his appeal and bring the same on for argument on the twenty-second of January; otherwise, motion denied, with costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Thomas Beirne, Respondent, v. Joseph Ravitch and Others, Carrying on Business under the Firm Name and Style of Ravitch Brothers, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Vincenzo Brangaccio, Respondent, v. Weber Piano Company, Appellant.— Order affirmed, without costs, and without prejudice to a renewal of the motion if the case is not diligently prosecuted. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Cambridge Trust Company, Appellant, v. Henry Merriam and Stanley L. Smith, as Partners, Doing Business under the Firm Name of Merriam, Smith & Company, and Harry W. Bennett, Respondents.— Order modified by striking out subdivisions V and VIII thereof, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Pietro Depirro, as Administrator, etc., of Andrea M. Depirro. Deceased, Respondent, v. John N. Robins Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Woodward